IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD CLIFFORD SNEE, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) 1:09-cv-147 |
| | ) |
| v | ) |
| | ) |
| MICHAEL BARONE, Superintendent | ) |
| | ) |
| Respondent. | ) |

## ORDER OF COURT

Petitioner's Petition for Writ of Habeas Corpus was received by the Clerk of Court on June 16, 2009, and was referred to United States Magistrate Judge Susan Paradise Baxter in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Order entered on July 30, 2009, following a telephonic motion hearing on July 29, 2009, denied Petitioner's motion for a preliminary injunction and/or temporary restraining order (Document No. 3). Petitioner filed his appeal to that decision, which was received by the Clerk of Court on August 14, 2009.

AND NOW, this 27th day of August, 2009, upon consideration of Petitioner's LOCAL RULE 72.1.3 DISPOSITION OF PRE TRIAL MATTERS UNDER 28 U.S.C. § 636(B)(1)(A) APPEAL TO DISTRICT JUDGE  (Document No. 13) in which he appeals the denial of his Motion for a Temporary Restraining Order and Preliminary Injunction pertaining to his claims of the confiscation of legal documents by officials with the Pennsylvania Department of Corrections, and the STATE RESPONDENTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTIVE RELIEF (Document No. 17), and it appearing that the materials

in question were viewed by the Department of Corrections ("DOC") as unacceptable correspondence/UCC related materials and were confiscated pursuant to the DOC's contraband policy and the security provisions of the inmate mail and publications policy,

NOW THEREFORE, the Court finds after due consideration of the Petitioner's motion and the ruling by the Magistrate Judge on the subject matter, that the Magistrate Judge's denial was not clearly erroneous nor contrary to law and Petitioner's Appeal for a Temporary Restraining Order and Preliminary Injunction is **DENIED** and **DISMISSED**.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:  RONALD CLIFFORD SNEE, JR
GW-4262
SCI FOREST
PO BOX 945
MARIENVILLE, PA 16239

Scott A. Bradley
Office of the Attorney General
Email: sbradley@attorneygeneral.gov

Leanne K. Shipley
Office of the District Attorney of Allegheny County
Email: lshipley@da.allegheny.pa.us